UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG FISHWICK,<br><br>                    Plaintiff,<br><br>     -against-<br><br>TRILLIUM THERAPEUTICS INC., LUKE BESHAR, SCOTT MYERS, HELEN TAYTON-MARTIN, MICHAEL KAMARCK, PAOLO PUCCI, PAUL WALKER, CATHERINE MACKEY, and JAN SKVARKA,<br><br>                    Defendants. | Case No.: 1:21-cv-08036-JPO |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 9, 2021                     Respectfully submitted,

                                            **MONTEVERDE & ASSOCIATES PC**

                                            */s/Juan E. Monteverde*
                                            Juan E. Monteverde (JM-8169)
                                            The Empire State Building
                                            350 Fifth Avenue, Suite 4405
                                            New York, New York 10118
                                            Tel: 212-971-1341
                                            Fax: 212-202-7880

                                            *Attorneys for Plaintiff*